Thomas K. Agawa, Esq. (SBN 175952)
LAW OFFICE OF THOMAS K. AGAWA
1000 S. Hope St., #412
Los Angeles, CA 90015
Tel: (213) 804-1138
Email: agawa1960@yahoo.com

Attorney for Plaintiff HANMI BANK,
a California corporation

FILED
MAR 09 2010
CLERK U.S. BANKRUPTCY
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CHANG HO PARK, an individual,<br><br>Debtor,<br><br>_____<br><br>HANMI BANK, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHANG HO PARK, an individual,<br><br>Defendant.<br>_____ | CASE NO.: 2:09-bk-32256-SB<br><br>Chapter 7<br><br>ADV. NO.: 2:09-ap-02666-SB<br><br>**DECLARATION OF THOMAS K. AGAWA REGARDING LOST ORIGINAL SUMMONS & REQUEST FOR ISSUANCE OF ALIAS SUMMONS** |

# DECLARATION OF THOMAS K. AGAWA REGARDING LOST ORIGINAL SUMMONS.

I, THOMAS K. AGAWA, declare as follows:

1. I am an attorney at law duly authorized to practice before all courts of the State of California and I am the attorney of record for plaintiff HANMI BANK, a California corporation ("Plaintiff" or the "bank"). I am the attorney responsible for preparing and trying this matter. If called upon to testify as to the facts set forth in this declaration, I could and would testify thereto since these facts are personally known to me to be true.

2. On November 16, 2009, the Clerk of the Bankruptcy Court issued an original Summons and Notice of Status Conference pertaining to Plaintiff's adversary action. Fed. R. Bankr. P. Rule 7004(e) requires that plaintiff in an adversary action serve the summons within 10 days following issuance.

3. Due to an oversight by our office in properly following through with service, for which the undersigned apologizes, Plaintiff did not timely serve the summons. Therefore, the undersigned respectfully requests that the Court issue an Alias Summons and Notice of Status Conference, in compliance Fed. R. Bankr. P. Rule 7004(e).

4. Following issuance of an Alias Summons and Notice, the undersigned will take all steps necessary to ensure that such summons and the adversary complaint are timely served.

5. A true and correct copy of the original summons is attached hereto as Exhibit "1" and is fully incorporated herein by this reference.

Executed on March 8, 2010 in Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Thomas K. Agawa*

THOMAS K. AGAWA
Declarant

EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>Thomas K Agawa<br>818 W 7th St Ste 900<br>Los Angeles, CA 90017<br><br><br><br><br><br>*Attorney for Plaintiff* Hanmi Bank a California corporation | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>CHANG HO PARK<br><br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER 09-32256-SB<br><br>ADVERSARY NUMBER 09-02666-SB |
|---|---|
| Hanmi Bank a California corporation<br>Plaintiff(s),<br><br>vs.<br><br>CHANG HO PARK<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by 12/21/2009 _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| **Hearing Date:** 01/19/2009 | **Time:** 10:00 AM | **Courtroom:** 1575 | **Floor:** 15 |
|---|---|---|---|

☒ **255 East Temple Street, Los Angeles**       ☐ **411 West Fourth Street, Santa Ana**

☐ **21041 Burbank Boulevard, Woodland Hills**   ☐ **1415 State Street, Santa Barbara**

☐ **3420 Twelfth Street, Riverside**

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 11/20/09

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
 NE L. GARCIA
Deputy Clerk

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)                                                                 **F 7004-1**

| Summons and Notice of Status Conference - *Page 2* | | **F 7004-1** |
|---|---|---|
| In re | (SHORT TITLE) | CASE NO.: 09-32256-SB |
| CHANG HO PARK | Debtor(s). | 09-02666-SB |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____    _____
Date                         Type Name                         Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)  **F 7004-1**

| Summons and Notice of Status Conference - *Page 3* | | **F 7004-1** |
|---|---|---|
| In re         (SHORT TITLE) | | CASE NO.: 09-32256-SB |
| CHANG HO PARK | Debtor(s). | 09-02666-SB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009 (COA-SA)*                                                                                      **F 7004-1**